BGW#: 79453

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

*Greenbelt Division*

| | |
|---|---|
| IN RE: | Case No. 09-29622-TJC |
| CRYSTAL L. JACKSON | |
| DONALD J. JACKSON | |
|     Debtors | Chapter 7 |

DEUTSCHE BANK NATIONAL TRUST COMPANY
c/o ONEWEST BANK, FSB
    Movant
vs.
CRYSTAL L. JACKSON
DONALD J. JACKSON
    Debtors/Respondents
and
STEVEN GREENFELD
    Trustee/Respondent

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2007-A, Home Equity Mortgage Loan Asset-Backed Certificates, Series INABS 2007-A under the Pooling and Servicing agreement dated Mar 1, 2007, c/o OneWest Bank, FSB, ("Movant"), by and through counsel, and respectfully represents as follows:

    1. Jurisdiction is based on 11 U.S.C. § 362(d)-(f) of the United States Bankruptcy Code.

    2. Movant is a mortgage lender/servicer.

    3. On or about October 14, 2009, Crystal L. Jackson and Donald J. Jackson ("Debtors") filed a Voluntary Petition in this Court under Chapter 7 of the United States Bankruptcy Code.

    4. Steven Greenfeld is the Trustee of the Debtors' estate.

    5. At the time of the initiation of these proceedings the Debtors owned a parcel of real estate located in Prince George's County, Maryland and improved by a residence known as 5414 Old Branch Ave, Temple Hills, MD 20748 (the "Property").

    6. The Property is encumbered by a Deed of Trust securing the Movant, and recorded among the land records of the aforesaid county. A copy of this Deed of Trust is attached.

7. The Deed of Trust secures payment of a Promissory Note now payable to Movant, a copy of which is attached.

8. The amount due under the Deed of Trust securing the Note payable to Movant as of October 19, 2009 is approximately $420,432.89, plus per diem interest and attorney's fees and court costs related to the present motion for relief from automatic stay.

9. Debtors are contractually due for February 01, 2008 and every payment thereafter. More specifically, the Debtors are due the February 01, 2008 payment through October 01, 2009 payments in the approximate amount of $4,080.32 each, plus late charges and attorney fees and costs incurred with the filing of the present motion. An arrearage worksheet is attached which lists both the Debtor's pre-petition and post-petition amounts due.

10. The Debtors are in default under the Deed of Trust. The Movant has accelerated the entire balance of the Note and Deed of Trust, interest continues to accrue on a daily basis.

11. The approximate total debt as of October 19, 2009 is as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $351,066.95 |
| Interest @ 8.375 through last paid installment | $52,903.10 |
| Late Fees | $3,482.98 |
| Escrow Advance Balance | $12,979.86 |
| Corporate Advance Balance | $0.00 |
| Less:  Suspense Balance | $0.00 |
| Total: | $420,432.89 |

12. That Movant avers that there is no equity in said Property since the total liens against the Property exceed its fair market value. The current year tax assessed value of the Property is $321,230.00. A copy of this Assessment is attached.

13. The Movant lacks adequate protection of its interest in the Property.

14. The Movant has been and continues to be irreparably injured by the stay of Section 362 (a) and cause exists for termination of the automatic stay so as to enable the Movant to enforce its rights under its Note, Deed of Trust, and state law.

WHEREFORE, the Movant prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code so as to enable Movant to proceed with a foreclosure action in the Circuit Court for Prince George's County, Maryland against the Property located at 5414 Old Branch Ave, Temple Hills, MD 20748, and to allow the successful purchaser to obtain possession of same; and

2. Grant such other and further relief as may be just and necessary.

Dated: October 21, 2009        Respectfully Submitted,
                               Bierman, Geesing & Ward, LLC


                                 /s/ Kevin Feig
                               Kevin Feig, Esq., MD Fed. Bar No. 15202
                               Mail to:
                               4520 East West Highway, Suite 200
                               Bethesda, MD 20814
                               (301) 961-6555
                               (301) 961-6491 (facsimile)
                               bankruptcy@bgw-llc.com
                               *Attorney for the Movant*


### CERTIFICATE OF SERVICE

I certify that on this 21st day of October, 2009, the following person(s) were served electronically via the CM/ECF system or were mailed a copy of the foregoing Motion for Relief from Automatic Stay, by first class, postage prepaid, to:

Steven Greenfeld, Trustee
7910 Woodmont Avenue, Suite 1103
Bethesda, MD 20814

Crystal L. Jackson
5414 Old Branch Ave
Temple Hills, MD  20748

Donald J. Jackson
5414 Old Branch Ave
Temple Hills, MD  20748


                                 /s/ Kevin Feig, Esq.
                               Kevin Feig, Esq.